(May 17, 1921.)

JOHN LITTLE, Respondent, v. JUSTIN M. BURLINGHAM, Respondent, and ANDREW LITTLE, Appellant.

[198 Pac. 465.]

APPEAL from the District Court of the Seventh Judicial District, for Gem County. Hon. Ed. L. Bryan, Judge.

Action to foreclose a mortgage. Judgment for plaintiff. *Affirmed.*

Frawley & Koelsch, Martin & Cameron, Finley Monroe and J. P. Reed, for Appellant.

Geo. C. Heubener, for Respondent Burlingham.

Martin & Martin and Wyman & Wyman, for Respondent Little.

BUDGE, J.—The questions presented upon this appeal are identical with those in the case of *Little v. Burlingham, ante,* p. 757, 198 Pac. 464. Upon the authority of that case, the judgment in this case is affirmed. Costs are awarded to respondents.

Rice, C. J., and Dunn and Lee, JJ., concur.

McCarthy, J., did not sit at the hearing and took no part in this opinion.